Lamonte MATHEWS, Plaintiff–
Appellant,

v.

Richard STALDER, Secretary; Burl N.
Cain; Donald Barr; Doug Durret;
Howard Prince; Leslie Dupont; Dar-
rel Vannoy; State of Louisiana, De-
fendants–Appellees.

No. 04–30464.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 17, 2004.

Lamont J. Mathews, Safety & Correc-
tions, Angola, LA, for Plaintiff–Appellant.

Before KING, Chief Judge, and
DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Lamonte Mathews, Louisiana prisoner
number 120891, has filed a motion for
leave to proceed on appeal *in forma pau-
peris* ("IFP") following the district court's
order dismissing his 42 U.S.C. § 1983 civil
rights action for failure to exhaust admin-
istrative remedies. By moving for IFP,
Mathews is challenging the district court's
certification that IFP status should not be
granted because the appeal is not taken in
good faith. *See Baugh v. Taylor,* 117 F.3d
197, 202 (5th Cir.1997). Mathews's IFP
"motion must be directed solely to the trial

court's reasons for the certification deci-
sion." *Id.*

Mathews has briefed the merits of his
civil rights claims only. Although this
court liberally construes *pro se* briefs, *see*
*Haines v. Kerner,* 404 U.S. 519, 520–21, 92
S.Ct. 594, 30 L.Ed.2d 652 (1972), the court
requires arguments to be briefed in order
to be preserved. *Yohey v. Collins,* 985
F.2d 222, 224–25 (5th Cir.1993). Because
Mathews does not provide any analysis of
the reasons for the district court's certifi-
cation decision, he has abandoned the issue
on appeal. *See id.*

Mathews has not shown that the district
court erred in certifying that an appeal
would not be taken in good faith. Accord-
ingly, we uphold the district court's order
certifying that the appeal presents no non-
frivolous issues. Mathews's request for
IFP status is DENIED, and his appeal is
DISMISSED as frivolous. *See Baugh,* 117
F.3d at 202 n. 24; 5TH CIR. R. 42.2.

The dismissal of this appeal counts as a
strike under 28 U.S.C. § 1915(g). *See*
*Adepegba v. Hammons,* 103 F.3d 383, 385–
87 (5th Cir.1996). We caution Mathews
that once he accumulates three strikes, he
may not proceed IFP in any civil action or
appeal filed while he is incarcerated or
detained in any facility unless he is under
imminent danger of serious physical inju-
ry. *See* 28 U.S.C. § 1915(g).

IFP MOTION DENIED; APPEAL
DISMISSED; SANCTION WARNING
ISSUED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.